IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA,**

          v.                                    **Criminal Case No. 3:25cr77**

**CORY ALEXANDER ROBINSON,**

      **Defendant.**

## MEMORANDUM OPINION

On September 4, 2025, Defendant Cory Alexander Robinson pled guilty to one count of conspiracy to commit wire fraud. (ECF No. 37, at 1.) On January 20, 2026, the Court sentenced Mr. Robinson to thirty (30) months of imprisonment. (ECF No. 61, at 1.) On January 28, 2026, the Court entered the Judgment in Mr. Robinson's case and directed that he self-surrender for service of his sentence of imprisonment before 2:00 p.m. on February 19, 2026. (ECF No. 64, at 2.) On January 28, 2026, the Court also received from Mr. Robinson a 28 U.S.C. § 2255 motion (the "§ 2255 Motion"), (ECF No. ECF No. 68), and a Motion to Stay Surrender Pending § 2255 Review (the "Motion to Stay"), (ECF No. 69).

Any 28 U.S.C. § 2255 motion that Mr. Robinson files must substantially follow the standard form for filing a 28 U.S.C. § 2255 motion and be sworn to under the penalty of perjury. *See* Rules Governing § 2255 Proceedings for the U.S. District Courts, Rules 2(b) and 2(c). The § 2255 Motion, (ECF No. 68), submitted by Mr. Robinson fails to comply with the above requirements and will be DENIED WITHOUT PREJUDICE.

The Clerk will be DIRECTED to mail the form for a filing a 28 U.S.C. § 2255 motion to Mr. Robinson. Robinson's Motion to Stay, (ECF No. 69), will be DENIED.

An appropriate Order shall issue.

Date: 2/18/26
Richmond, Virginia

/s/
M. Hannah Lauck
Chief United States District Judge